# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM SOJKA, individually, and on behalf of all others similarly situated,<br><br>                  *Plaintiff*,<br><br>v.<br><br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC DBA ANNIEMAC HOME MORTGAGE,<br><br>                  *Defendant*. | Civil Action No. 1:24-cv-10678-RMB-MJS<br><br>**ORDER CO**✗**NSOLIDATING ACTIONS AND APPOINTING INTERIM LEAD COUNSEL** |
| FRANKLIN MONTENEGRO, individually and on behalf of all others similarly situated,<br><br>                  *Plaintiff*,<br><br>v.<br><br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY d/b/a ANNIEMAC HOME MORTGAGE,<br><br>                  *Defendant*. | Civil Action No. 1:24-cv-10679-RMB-MJS |
| DAVID JACOB, Individually and on Behalf of All Others Similarly Situated,<br><br>                  *Plaintiff*,<br><br>v.<br><br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC D/B/A ANNIEMAC HOME MORTGAGE, | Civil Action No. 1:24-cv-10709-RMB-MJS |

|  |  |
|---|---|
| *Defendant.* | |
| PAUL VALENCOURT, individually, and on behalf all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC D/B/A ANNIEMAC HOME MORTGAGE,<br><br>*Defendant.* | Civil Action No. 1:24-cv-10720-RMB-MJS |
| JAIME KEEFER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC D/B/A ANNIEMAC HOME MORTGAGE,<br><br>*Defendant.* | Civil Action No. 1:24-cv-10726-RMB-MJS |

2

| | |
|---|---|
| SHERICE DUDLEY, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br> v.<br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC D/B/A ANNIEMAC HOME MORTGAGE,<br><br>    *Defendant*. | Civil Action No. 1:24-cv-10781-RMB-MJS |
| SEAN LONG, individually and on behalf of those similarly situated,<br><br>    *Plaintiff*,<br><br> v.<br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC D/B/A ANNIE MAC HOME MORTGAGE,<br><br>    *Defendant*. | Civil Action No. 1:24-cv-10813-RMB-MJS |
| MICAH ELLIS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br> v.<br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC, d/b/a ANNIEMAC HOME MORTGAGE,<br><br>    *Defendant*. | Civil Action No. 1:24-cv-10876-RMB-MJS |

| | |
|---|---|
| SEANA GREENE, on behalf of herself and all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC D/B/A ANNIEMAC HOME MORTGAGE,<br><br>      *Defendant*. | Civil Action No. 1:24-cv-11025-RMB-MJS |
| SAMUEL GRAVES, Individually And On Behalf Of All Others Similarly Situated,<br><br>      *Plaintiff*,<br><br>v.<br><br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC D/B/A ANNIEMAC HOME MORTGAGE,<br><br>      *Defendant*. | Civil Action No. 1:24-cv-11137-RMB-MJS |
| ALEC WRAY, Individually And On Behalf Of All Others Similarly Situated,<br><br>      *Plaintiff*,<br><br>v.<br><br><br>AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC D/B/A ANNIEMAC HOME MORTGAGE,<br><br>      *Defendant*. | Civil Action No. 1:24-cv-11140-RMB-MJS |

WHEREAS, the Actions seek to represent a class of individuals damaged by the cyber security incident disclosed by Defendant in November 2024;

WHEREAS, between November 22 and December 13, 2024, William Sojka, Franklin Montenegro, David Jacob, Jamie Keefer, Sherice Dudley, Sean Long, Micah Ellis, Seana Greene, Samuel Graves, Alec Wray, and Paul Valencourt filed eleven separate lawsuits emanating from the same nucleus of operative facts;

WHEREAS, Plaintiffs agree that these eleven lawsuits involve common issues of law and fact, and consolidation will enable more efficient case management by the Court and avoid unnecessary costs and delays by avoiding duplicative discovery and motion practice in each case;

THIS MATTER having been opened to the Court by counsel for Plaintiffs, in the presence of all counsel of record, and the Court having read the papers, and on notice to counsel for Defendants, who have consented to the request for consolidation, and good cause appearing,

IT IS THIS __22nd__ day of January, 2025

ORDERED as follows:

A. **Consolidation of the Actions**

1. Pursuant Fed. R. Civ. P. 42(a), the above-captioned Actions are hereby consolidated for all purposes.

2. The Clerk shall establish a Docket for the Actions under Civil Action No.1:24-cv-10678-RMB-MJS. All papers filed in the Actions shall be filed on the Docket and shall bear the caption:

| *In re: AnnieMac Data Breach Litigation,* | Civil Action No. 1:24-cv-10678-RMB-MJS |

3. Any actions related to the Actions that are subsequently filed in or transferred to this District, or to be filed or transferred, shall be consolidated herewith.

## B. Appointment of Interim Class Counsel

4. James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne") is hereby appointed as Interim Lead Counsel on behalf of Plaintiffs and the putative Classes.

5. Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg"); Raina Borrelli of Strauss Borelli PLLC; David Almeida of Almeida Law Group ("ALG"); Daniel Srourian of Srourian Law Firm, P.C. ("SLF"); Marc Edelson of Edelson Lechtzin LLP ("Edelson"); Danielle L. Perry of Mason LLP ("Mason"); Amber Schubert of Schubert Jonckheer & Kolbe ("SJK"); and Courtney E. Maccarone of Levi & Korsinsky LLP ("L&K") are hereby appointed as the Executive Committee members supporting Interim Lead Counsel on behalf of Plaintiffs and the putative Classes.

6. In his capacity as Interim Lead Counsel, Mr. Cecchi, shall coordinate Plaintiffs' pretrial activities and shall:

    a. Determine (after such consultation with the Interim Class Counsel as may be appropriate) and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and Defendant the position of Plaintiffs on all matters arising during pretrial proceedings;

    b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26, including the preparation of master interrogatories and master requests for production of documents and coordinate the examination of witnesses in depositions;

    c. Coordinate discovery efforts with other plaintiffs' counsel to ensure that discovery is conducted in an efficient, orderly, and non-duplicative manner;

  d.  Conduct and coordinate settlement negotiations;

  e.  Delegate specific tasks to other counsel or committees of counsel, as authorized by the Court, in a manner to ensure that pretrial preparation is conducted efficiently and effectively;

  f.  Enter into stipulations with opposing counsel (after such consultation with other members of the Interim Lead Counsel and/or other plaintiffs' counsel as may be appropriate) as necessary for the conduct of the litigation;

  g.  Prepare and distribute periodic status reports to the parties;

  h.  Maintain adequate time and disbursement records covering services for all Plaintiff counsel;

  i.  Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

  j.  Perform such other duties as may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court; and

  k.  Appoint additional committees, as necessary, including but not limited to expert, discovery, trial, and settlement committees.

  l.  Serve as an intermediary between Plaintiffs' counsel and the Court;

  m.  Prepare agendas for court conferences and periodically report regarding the status of the case;

  n.  Maintain and distribute to co-counsel an up-to-date service list;

  o.  Receive and, as appropriate, distribute to co-counsel orders from the Court and documents from opposing parties and counsel;

  p.  Establish and/or maintain a document depository;

  q.  Maintain and make available to co-counsel at reasonable hours a complete file of all documents served by or upon each party except such documents as may be available at a document depository; and

  r.  Carry out other such duties as the Court may order.

Dated: **January 22, 2025**

_____
THE HONORABLE RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE