UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ANNIEMAC DATA BREACH LITIGATION | Case No. 2:24-cv-10678-RMB-MJS |

## JOINT STIPULATION AND ORDER

Plaintiffs, in the above-consolidated action, and Defendant American Neighborhood Mortgage Acceptance Company ("Annie Mac" or "Defendant"), by and through their respective undersigned counsel, hereby stipulate to and request that the Court SO ORDER the proposed schedule set forth below for Plaintiffs to file the Consolidated Class Action Complaint ("Consolidated Complaint") and for Defendant to answer or move to dismiss the Consolidated Complaint:

WHEREAS, on January 22, 2025, the Court consolidated the related actions pending in this District into the above-captioned matter and appointed interim class counsel [Dkt. No. 10];

WHEREAS, counsel for Plaintiffs and counsel for Defendant met and conferred and agreed to the below schedule;

NOW THEREFORE, the parties hereby stipulate and agree, by and between the attorneys for the undersigned parties, and subject to this Court's approval, that the following governs this action:

*[Handwritten note in left margin, bracketing items 1-4:]* Defendant shall follow Chief Judge Bumb's Individual Rules and Procedures available on the court website before filing any motion to Dismiss. /s/ MJS

1. Plaintiffs will serve a Consolidated Complaint by February 21, 2025;

2. Defendant will respond to the Consolidated Complaint either by filing an answer or motion to dismiss by April 7, 2025;

3. Plaintiffs shall respond to any motion to dismiss the Consolidated Complaint filed by Defendant by May 22, 2025; and

4. Defendant shall file any reply or replies in further support of any motion to dismiss by June 12, 2025.

Dated: January 29, 2025

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.** | **MULLEN COUGHLIN LLC** |
| By: */s/ James E. Cecchi* <br> James E. Cecchi <br> 5 Becker Farm Road <br> Roseland, NJ 07068 <br> Tel.: (973) 994-1700 <br> Fax: (973) 994-1744 <br> jcecchi@carellabyrne.com | By: */s/ Richard M. Haggerty* <br> Richard M. Haggerty <br> 426 W. Lancaster Ave., Suite 200 <br> Devon, PA 19333 <br> Tel.: (267) 930-1594 <br> Fax: (267) 930-4771 <br> rhaggerty@mullen.law |
| *Plaintiffs' Interim Lead Counsel* | *Attorneys for Defendant American Neighborhood Mortgage Acceptance Co.* |

**IT IS SO ORDERED.**

DATED: __Jan 29__, 2025

__/s/ Matthew J. Skahill__
Honorable Matthew J. Skahill
United States Magistrate Judge