## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| *In re: AnnieMac Data Breach Litigation* | Case No. 1:24-cv-10678-RMB-MJS <br><br> **NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that the undersigned, counsel for Defendant, American Neighborhood Mortgage Acceptance Company, LLC d/b/a AnnieMac Home Mortgage, will move before the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey 08101, on June16, 2025 or as soon thereafter as the Court permits, for an order granting Defendant's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6);

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the proposed form of Order submitted herewith be entered by the Court.

Dated: April 29, 2025

Respectfully submitted,

**MULLEN COUGHLIN LLC**

*s/ Richard M. Haggerty*
Richard M. Haggerty
Thomas W. Bibby
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: 267-9304770
rhaggerty@mullen.law
tbibby@mullen.law

*Attorneys for Defendant,*
*American Neighborhood Mortgage Acceptance*
*Company, LLC d/b/a AnnieMac Home Mortgage*