# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY

July 2, 2025

<u>VIA ECF</u>

Hon. Renée Marie Bumb
United States District Judge
Mitchell H. Cohen Building and Courthouse
4th and Cooper Streets, Courtroom 3D
Camden, New Jersey 08101

  Re: *In re AnnieMac Data Breach Litigation*
     <u>Case No. 1:24-cv-10678-RMB-MJS</u>

Dear Chief Judge Bumb:

  We are Lead Counsel for Plaintiffs and write together with counsel for Defendant to request a stay of this action pending the results of the Parties' upcoming mediation.

  On February 21, 2025, Plaintiffs filed their Consolidated Class Action Complaint [Dkt. 33], which Defendant moved to dismiss on April, 29, 2025 [Dkt. 38]. Defendant's motion is now fully briefed. Since that time, the Parties have engaged in discussions regarding the early resolution of this matter. To that end, the Parties have scheduled a mediation before the Hon. Diane M. Welsh (Ret.) of JAMS in Philadelphia on September 24, 2025. Accordingly, and in order to conserve the Court's resources, the Parties respectfully request that this action be stayed pending the mediation and propose that they provide a status report to the Court within one week of its completion.

  If this request meets with Your Honor's approval, please kindly So Order this letter and return it to the Parties through the Court's ECF system. We thank the Court for consideration of this request and, as always, we are available at your convenience to answer any questions.

       Respectfully submitted,

       CARELLA, BYRNE, CECCHI,
     OLSTEIN, BRODY & AGNELLO, P.C.

       <u>/s/ James E. Cecchi</u>
       JAMES E. CECCHI

July 2, 2025
Page 2

It is SO ORDERED as of this **3rd** day of July, 2025.

The Clerk of Court is directed to **ADMINISTRATIVELY TERMINATE** this matter. The parties shall apprise the Court upon the conclusion of their mediation. If mediation is unsuccessful, the Court will re-open this case.

_____
HON. RENÉE MARIE BUMB, U.S.D.J.