

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | JORDAN M. STEELE |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | BRITTNEY M. MASTRANGELO |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | GRANT Y. LEE*** |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | MAYBOL HALL |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | WILLIAM J. MANORY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | NESLIHAN Z. TALU |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | MEGAN A. NATALE | | ***MEMBER IL BAR ONLY |
| | KEVIN G. COOPER | | +MEMBER FL BAR ONLY |

November 24, 2025

<u>VIA ECF</u>

Hon. Matthew J. Skahill
United States Magistrate Judge
Mitchell H. Cohen Building and Courthouse
4th and Cooper Streets, Courtroom 3D
Camden, New Jersey 08101

  Re: *In re AnnieMac Data Breach Litigation*
     <u>Case No. 1:24-cv-10678-RMB-MJS</u>

Dear Judge Skahill:

  We are Lead Counsel for Plaintiffs in the above-referenced matter and write together with counsel for Defendant pursuant to the Court's Scheduling Order [Dkt. 52] to advise Your Honor that on November 21, 2025, the Parties conferred pursuant to Local Civil Rules 26.1(b)(2) and 26.1(d) concerning discovery of digital information. In addition, the Parties are in the process of negotiating a protocol for the production of ESI and expect to present an agreed-upon protocol to the Court by December 8, 2025.

  We thank Your Honor for your continued attention to this matter. If you have any questions, we are available at your convenience.

          Respectfully submitted,

          CARELLA, BYRNE, CECCHI,
          BRODY & AGNELLO, P.C.

          <u>/s/ James E. Cecchi</u>
          JAMES E. CECCHI

cc: Counsel of Record (via ECF)