

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | JORDAN M. STEELE |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | BRITTNEY M. MASTRANGELO |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | GRANT Y. LEE*** |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | MAYBOL HALL |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | WILLIAM J. MANORY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | NESLIHAN Z. TALU |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | MEGAN A. NATALE | | ***MEMBER IL BAR ONLY |
| | KEVIN G. COOPER | | +MEMBER FL BAR ONLY |

February 10, 2026

<u>VIA ECF</u>

Hon. Matthew J. Skahill
United States Magistrate Judge
Mitchell H. Cohen Building and Courthouse
4th and Cooper Streets, Courtroom 3D
Camden, New Jersey 08101

   Re: *In re AnnieMac Data Breach Litigation*
     <u>Case No. 1:24-cv-10678-RMB-MJS</u>

Dear Judge Skahill:

  We are Lead Counsel for Plaintiffs and write jointly with counsel for Defendant, pursuant to Your Honor's November 17, 2025 Scheduling Order [Dkt. No. 52], to provide the Court with an update on discovery and to request a continuance of the telephonic status conference currently scheduled for February 17, 2026 at 10:30 a.m. ("Status Conference).

  Since entry of the Scheduling Order, the Parties have negotiated a Confidentiality Order [Dkt. No. 57] and a Stipulation and Order Regarding Discovery of Electronically Stored Information and Hard Copy Documents [Dkt. No. 59] ("ESI Protocol"). Pursuant to the ESI Protocol, the Parties have also negotiated and reached agreement on the set of custodians to be used by Defendant for the search and collection of ESI, and they anticipate reaching agreement on the set of search terms to be run across those custodians' relevant ESI sources within the next few weeks.

  In addition, the Parties have both served and responded to each other's respective initial discovery requests, including interrogatories and requests for production, and have produced documents in response to those discovery requests. Due to mutual extensions provided by the Parties in responding to that discovery, the Parties have not yet concluded their meet and confer to determine whether any disputes necessitate Court intervention. Accordingly, the Parties request that the Court permit them to continue their meet and confer and provide the Court with an update by March 10, 2026, as to any disputes that remain after that meet and confer has concluded. In

February 10, 2026
Page 2

addition, the Parties respectfully request that the Court continue the Status Conference so that any disputes, to the extent they exist, can properly be addressed by the Court at that time.

    If this request meets with Your Honor's approval, please kindly So Order this letter and return it to the Parties through the Court's ECF system. We thank Your Honor for your continued attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

/s/ James E. Cecchi
JAMES E. CECCHI

cc:  All Counsel (via ECF)

It is SO ORDERED as of this ___ day of February, 2026.

_____
HON. MATTHEW J. SKAHILL, U.S.M.J.