

## CARELLA BYRNE
## CECCHI BRODY
## AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

March 10, 2026

**VIA ECF**

Hon. Matthew J. Skahill
United States Magistrate Judge
Mitchell H. Cohen Building and Courthouse
4th and Cooper Streets, Courtroom 3D
Camden, New Jersey 08101

> Re: *In re AnnieMac Data Breach Litigation*
> Case No. 1:24-cv-10678-RMB-MJS

Dear Judge Skahill:

We are Lead Counsel for Plaintiffs and write jointly with counsel for Defendant, pursuant to Your Honor's February 13, 2026 Text Order [Dkt. No. 64], to provide the Court with an update on discovery in advance of the telephonic status conference currently scheduled for March 31, 2026 at 11:00 a.m. ("Status Conference).

Since their prior correspondence [Dkt. No. 63], the Parties have continued to meet and confer in an effort to resolve and/or narrow any disputes in connection with their initial discovery requests. At this time, there are no items in dispute that require Court intervention. The Parties also continue to meet and confer on the discovery of ESI, including the terms to be used by Defendant for the search and collection of ESI from the Parties' agreed-upon set of custodians.

Accordingly, the Parties request that the Court permit them to continue their meet and confer and provide the Court with an update by April 7, 2026, as to any disputes that remain after that meet and confer has concluded. In addition, the Parties respectfully request that the Court maintain on the calendar the upcoming Status Conference so that the Parties can provide the Court with a further update on their discovery efforts at that time.

March 10, 2026
Page 2

   If this request meets with Your Honor's approval, please kindly So Order this letter and return it to the Parties through the Court's ECF system. We thank Your Honor for your continued attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

/s/ James E. Cecchi
JAMES E. CECCHI

cc:  All Counsel (via ECF)

It is SO ORDERED as of this 12th day of March, 2026.

_____
HON. MATTHEW J. SKAHILL, U.S.M..J.