

**CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.**

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | BRITTNEY M. MASTRANGELO |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | GRANT Y. LEE*** |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | MAYBOL HALL |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | WILLIAM J. MANORY |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | NESLIHAN Z. TALU |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | PATRICK J. DOHERTY |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | KEVIN G. COOPER | | ***MEMBER IL BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

June 4, 2026

**VIA ECF**

Hon. Renée Marie Bumb
United States District Judge
Mitchell H. Cohen Building and Courthouse
4th and Cooper Streets, Courtroom 3D
Camden, New Jersey 08101

      Re:    *In re AnnieMac Data Breach Litigation*
              Case No. 1:24-cv-10678-RMB-MJS

Dear Chief Judge Bumb:

We are Lead Counsel for Plaintiffs and write jointly with counsel for Defendant to advise the Court that the Parties have reached a settlement in principle and are in the process of documenting the settlement agreement. Plaintiffs will present a motion for preliminary approval of the proposed settlement within 45 days. In the meantime, the Parties respectfully request that the pending motion to dismiss be administratively terminated.

Thank you for your attention to this matter. If you have any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

/s/ James E. Cecchi
JAMES E. CECCHI

cc: All Counsel (via ECF)