

## CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | BRITTNEY M. MASTRANGELO |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | GRANT Y. LEE*** |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | MAYBOL HALL |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | WILLIAM J. MANORY |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | NESLIHAN Z. TALU |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | PATRICK J. DOHERTY |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL |
| | KEVIN G. COOPER | | ATTORNEY |
| | | | ***MEMBER IL BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

July 20, 2026

**VIA ECF**

Hon. Renée Marie Bumb
United States District Judge
Mitchell H. Cohen Building and Courthouse
4th and Cooper Streets, Courtroom 3D
Camden, New Jersey 08101

> Re:    *In re AnnieMac Data Breach Litigation*
> Case No. 1:24-cv-10678-RMB-MJS

Dear Chief Judge Bumb:

We are co-counsel for Plaintiffs and write in connection with Your Honor's June 5, 2026 Text Order [Dkt. No. 76] regarding the Parties' proposed settlement in this matter. Pursuant to the Text Order, Plaintiffs are required to file their motion for preliminary approval of the proposed settlement agreement within 45 days, or by July 20, 2027. Since the Court's entry of the Text Order, the Parties have been diligently working to prepare both the settlement agreement and motion for preliminary approval papers and are in the process of finalizing these documents for submission to the Court. Accordingly, Plaintiffs respectfully request a brief one-week extension, through July 27, 2026, to file their motion for preliminary approval and related documents.

If this request meets with Your Honor's approval, please kindly So Order this letter and return it to the Parties through the Court's ECF system. We thank Your Honor for your continued attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

  /s/ James E. Cecchi
JAMES E. CECCHI

July 20, 2026
Page  2

It is SO ORDERED as of this ___ day of July, 2026.


_____
HON. RENÉE MARIE BUMB U.S.D.J.