# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| *In re: AnnieMac Data Breach Litigation* | Case No. 1:24-cv-10678-RMB-MJS<br><br>District Judge Renée Marie Bumb<br><br>Magistrate Judge Matthew J. Skahill |

### PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on such date and time as the Court shall determine, the undersigned counsel for Plaintiffs shall move before the Hon. Renée Marie Bumb, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 Clarkson S. Fisher Bldg. & U.S. Courthouse, 402 E. State Street, Trenton, NJ 08608, for an Order pursuant to Fed. R. Civ. P. 23: (1) granting preliminary approval of the proposed Settlement between Plaintiffs and Defendant American Neighborhood Mortgage Acceptance Company, LLC; (2) preliminarily certifying a class for the purposes of Settlement; (3) appointing Plaintiffs as Class Representatives; (4) appointing James E. Cecchi of Carella, Byrne, Cecchi, Brody & Agnello, P.C. as Class Counsel; (5) appointing Kroll Settlement Administration, LLC as Settlement Administrator; (6) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (7) directing that notice be given to the

Settlement Class; (8) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, costs, and service awards to Plaintiffs; and (9) granting such other relief and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned relies upon Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, the Declaration of James E. Cecchi and accompanying exhibits.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order is submitted herewith.

Dated: July 27, 2026.                 Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
Jason H. Alperstein
**CARELLA, BYRNE, CECCHI**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
jalperstein@carelleabyrne.com

*Interim Lead Counsel and Proposed*
*Settlement Class Counsel*
David S. Almeida*
**ALMEIDA LAW GROUP LLC**

2

849 W. Webster Avenue
Chicago, Illinois 60614
Telephone: (708) 529-5418
david@almeidalawgroup.com

Courtney E. Maccarone
**LEVI & KORSINSKY, LLP**
33 Whitehall Street
17th Floor New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
cmaccarone@zlk.com

Leigh S. Montgomery*
**EKSM, LLP**
1105 Milford Street
Houston, Texas 7706
Telephone: (888) 350-3931
Facsimile: (888) 276-3455
lmontgomery@eksm.com

A. Brooke Murphy*
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

Amber L. Schubert*
**SCHUBERT JONCKHEER &
KOLBE LLP**
2001 Union St Ste 200
San Francisco, CA 94123
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
aschubert@sjk.law

Marc H. Edelson*
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300

3

Newtown, PA 18940
Telephone: (215) 867-2399
medelson@edelson-law.com

Daniel Srourian, Esq.*
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr. Suite 200
Beverly Hills, California 90210
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
daniel@slfla.com

Danielle L. Perry*
MASON LLP
5101 Wisconsin Avenue, NW, Suite 305
Washington, DC 20016
Telephone: (202) 429-2290
dperry@masonllp.com

Gary M. Klinger*
**MILBERG PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Counsel for Plaintiffs and Members
of the Executive Committee*

*\* Admitted pro hac vice*

4